CURETON *vs.* KETCHERSIDE & BROWN, for use.

The verdict in this case was warranted by the evidence, and the presiding judge being satisfied therewith, this court will not interfere.

(*a.*) While this case approaches nearly to the point at which damages will be granted against the plaintiff in error, yet it does not clearly appear that it was brought to this court for delay only; and damages are therefore refused.

Judgment affirmed.

December 22, 1885.

HALL, Justice.

---

THE UNION GOLD GRAVEL COMPANY *vs.* CHAMBERS *et al.*

It requires a strong case to authorize a chancellor to enjoin a judgment at law. Where no such case was made, and the affidavits were conflicting, the discretion of the chancellor in refusing the injunction will not be controlled.

Judgment affirmed.